## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Megan Lautenslager, individually and on behalf of other similarly-situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>Red Bull Distribution Company, Inc.<br><br>Defendant. | C/A No.: 2:24-cv-04955-DNC-MHC<br><br><br>**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

Annie Day Bame respectfully moves this Honorable Court, pursuant to Local Rule 83.I.07 for an Order allowing her to withdraw her appearance as counsel for Plaintiff Megan Lautenslager, individually and on behalf of other similarly-situated individuals.

In support of this Motion, the undersigned counsel shows the Court as follows:

1. As of October 16, 2024, Annie Day Bame will no longer be employed by the law firm of Burnette Shutt & McDanel, PA due to having accepted a position as a judicial law clerk for Senior U.S. District Judge Joseph F. Anderson, Jr.

2. The undersigned attorneys of the law firm Burnette Shutt & McDaniel, PA consent to Ms. Bame's withdrawal and will continue to represent Plaintiff; therefore, there will be no prejudice to Plaintiff if Ms. Bame is allowed to withdraw.

3. Plaintiff consents to the withdrawal of Annie Day Bame as counsel in this case.

4. Ms. Bame has consulted with counsel for Defendant and there is no objection to her withdrawal as counsel.

Accordingly, the undersigned counsel respectfully moves this Honorable Court for an Order permitting her to withdraw as counsel for Plaintiff Megan Lautenslager individually and on behalf of other similarly-situated individuals.

[*Signature page to follow*.]

1

Respectfully submitted,

s/ Annie Day Bame
Jack E. Cohoon (Fed ID No. 9995)
Sarah J.M. Cox (Fed ID No. 13166)
Annie Day Bame (Fed ID No. 13363)
BURNETTE SHUTT & McDANIEL, PA
912 Lady Street, 2nd Floor (29201)
Post Office Box 1929
Columbia, South Carolina 29202
T: 803.904.7914
F: 803.904.7910
jcohoon@burnetteshutt.law
scox@burnetteshutt.law
abame@burnetteshutt.law

**ATTORNEYS FOR PLAINTIFF**

October 2, 2024

Columbia, South Carolina

2